IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                  Crim. Action No. 1:18-cr-58
                                                             (Kleeh)

**BRIAN J. GRIFFEY,**

    **Defendant.**

## ORDER ADOPTING REPORT & RECOMMENDATION [DKT. NO. 19]

Pending before this Court is a *pro se* motion to dismiss (Dkt. No. 7) filed by Defendant Brian J. Griffey ("Defendant") on January 4, 2019. Defendant filed this motion *pro se* even though he was represented by attorney Scott S. Radman (*See* Dkt. No. 2). The motion has not been adopted by Mr. Radman, who is still Defendant's counsel in this matter. United States Magistrate Judge Michael J. Aloi issued a Report and Recommendation ("R&R") on the motion, recommending denial because this Court routinely denies *pro se* motions filed by criminal defendants who are represented by counsel. No objections to the R&R were filed.

This Court is not obligated to consider *pro se* motions in criminal cases where the defendant is represented by counsel. *See United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016) (noting that "[a] criminal defendant has no statutory or

constitutional right to proceed pro se while simultaneously being represented by counsel"). As Judge Aloi stated, this Court routinely denies such motions. *See, e.g.*, *United States v. Ramage*, No. 1:09CR61, 2009 WL 4110321, at *2 (N.D.W. Va. Nov. 25, 2009); *United States v. Brooks*, No. 1:09MJ71, 2009 WL 3365642, at *2 (N.D.W. Va. Oct. 19, 2009); *United States v. Boulware*, No. 1:09CR5, 2009 WL 972606, at *2–3 (N.D.W. Va. Apr. 8, 2009). Accordingly, because Defendant's counsel has not adopted the *pro se* motion to dismiss, the Court hereby **ADOPTS** the R&R (Dkt. No. 19) and **DENIES** Defendant's *pro se* motion to dismiss as improvidently filed (Dkt. No. 7).

It is so ORDERED.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: February 4, 2019

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE